UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X

IN RE:  **Joseph D. McBride**

Debtor(s)

-----------------------------------------------X

Chapter **7**

Case No.:

STATEMENT PURSUANT TO LOCAL RULE 2017

I, **Julio E. Portilla**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **12/7/2015 at 1:00 P.M.** | Initial interview, analysis of financial condition, etc. |
| **12/7/2015 at 1:00 P.M.** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ **1,838.00**.

Dated: **December 11, 2015**

**/s/ Julio E. Portilla**
**Julio E. Portilla**
Attorney for debtor(s)
**Law Office of Julio E. Portilla, P.C.**
**111 Broadway**
**Suite 706**
**New York, NY 10006**
**(212) 365-0292 Fax:(212) 365-4417**
**jp@julioportillalaw.com**