# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: acruz | Date Created: 12/14/2015 |
| Case: 1−15−45569−nhl | Form ID: 761 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      David J Doyaga      david.doyaga@verizon.net
aty      Julio E Portilla      jp@julioportillalaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Joseph D. McBride      2371 East 16th Street      Brooklyn, NY 11229
smg      Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014

TOTAL: 2