| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| 8AB | 009016 | AG5400 | 0INM1 | 0000420222 | 1 |

**THE LEGAL AID SOCIETY**
**199 WATER STREET**
**NEW YORK, NY 10038-3526**

# Earnings Statement

**ADP**

Period Beginning: 10/01/2015
Period Ending: 10/15/2015
Pay Date: 10/15/2015

00000000175
**JOSEPH D MCBRIDE**

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  NY: 1
  New York Cit: 1

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1833.33 | 75.83 | 1,833.33 | 31,724.37 |
| Sick | | 7.00 | | |
| Lump Sum Pay | | | | 2,000.00 |
| Reimbur | | | | -3,638.28 |
| **Gross Pay** | | | **$1,833.33** | 30,086.09 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Nyc Sick Bal | | 21.00 |
| Personal Bal | | 35.00 |
| Sick Bal | | -49.00 |
| Vacation Bal | | -25.99 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -213.35 | 3,582.44 |
| Social Security Tax | -112.40 | 1,838.58 |
| Medicare Tax | -26.29 | 429.99 |
| NY State Income Tax | -80.53 | 1,297.25 |
| New York Cit Income Tax | -50.99 | 822.98 |

Other
| | | |
|---|---|---|
| Medical | -20.41* | 431.63 |
| Assessment | | 50.00 |
| Attorney Dues | | 219.23 |

| **Net Pay** | | **$1,329.36** |
|---|---|---|
| Checking #1 | | -1,329.36 |
| **Net Check** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,812.92



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**THE LEGAL AID SOCIETY**
199 WATER STREET
NEW YORK, NY 10038-3526

Advice number: 00000420222
Pay date: 10/15/2015

**THIS IS NOT A CHECK**

Deposited to the account of
**JOSEPH D MCBRIDE**

| account number | transit ABA | amount |
|---|---|---|
| xxxx | xxxx | $1,329.36 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| 8AB | 009016 | AG5400 | 0INM1 | 0000480247 | 1 |

## Earnings Statement



THE LEGAL AID SOCIETY
199 WATER STREET
NEW YORK, NY 10038-3526

Period Beginning: 11/16/2015
Period Ending: 11/30/2015
Pay Date: 11/30/2015

00000000170
**JOSEPH D MCBRIDE**

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 1
　NY: 1
　New York Cit: 1

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1879.17 | 75.83 | 1,879.17 | 37,361.88 |
| Lump Sum Pay | | | | 2,000.00 |
| Reimbur | | | | -3,638.28 |
| Retro Pay | | | | 524.25 |
| **Gross Pay** | | | **$1,879.17** | 36,247.85 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Dscr Brvmnt Ern | | 35.00 |
| Nyc Sick Bal | | 21.00 |
| Personal Bal | | 35.00 |
| Sick Bal | | -70.00 |
| Vacation Bal | | -7.62 |

| **Deductions** | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -223.82 | 4,271.68 |
| | Social Security Tax | -115.24 | 2,216.81 |
| | Medicare Tax | -26.95 | 518.45 |
| | NY State Income Tax | -83.49 | 1,551.68 |
| | New York Cit Income Tax | -52.78 | 984.92 |
| | **Other** | | |
| | Medical | -20.41* | 492.86 |
| | Assessment | | 50.00 |
| | Attorney Dues | | 219.23 |
| | **Net Pay** | **$1,356.48** | |
| | Checking #1 | -1,356.48 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,858.76

---



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE LEGAL AID SOCIETY
199 WATER STREET
NEW YORK, NY 10038-3526

Advice number: 00000480247
Pay date: 11/30/2015

**Deposited to the account of**
JOSEPH D MCBRIDE

| account number | transit ABA | amount |
|---|---|---|
| XXXX | XXXX | $1,356.48 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| 8AB | 009016 | AG5400 | 0INM1 | 0000500241 | 1 |

# Earnings Statement

**ADP**

THE LEGAL AID SOCIETY
199 WATER STREET
NEW YORK, NY 10038-3526

Period Beginning: 12/01/2015
Period Ending: 12/15/2015
Pay Date: 12/15/2015

00000000159
**JOSEPH D MCBRIDE**

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 NY: 1
 New York Cit: 1

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1879.17 | 60.66 | 1,503.25 | 38,865.13 |
| Personal | | 28.00 | | |
| Lump Sum Pay | | | | 2,000.00 |
| Reimbur | | | | -3,638.28 |
| Retro Pay | | | | 524.25 |
| **Gross Pay** | | | **$1,503.25** | 37,751.10 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Dscr Brvmnt Ern | | 35.00 |
| Nyc Sick Bal | | 21.00 |
| Personal Bal | | 7.00 |
| Sick Bal | | -70.00 |
| Vacation Bal | | -7.62 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -163.84 | 4,435.52 |
| Social Security Tax | | -91.94 | 2,308.75 |
| Medicare Tax | | -21.50 | 539.95 |
| NY State Income Tax | | -59.24 | 1,610.92 |
| New York Cit Income Tax | | -38.11 | 1,023.03 |
| **Other** | | | |
| Medical | | -20.41* | 513.27 |
| Assessment | | | 50.00 |
| Attorney Dues | | | 219.23 |
| **Net Pay** | | **$1,108.21** | |
| Checking #1 | | -1,108.21 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,482.84

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



THE LEGAL AID SOCIETY
199 WATER STREET
NEW YORK, NY 10038-3526

Advice number: 00000500241
Pay date: 12/15/2015

Deposited to the account of
**JOSEPH D MCBRIDE**

| account number | transit ABA | amount |
|---|---|---|
| xxxx xxxx | | $1,108.21 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.