Certificate Number: 12433-NYE-DE-026753274

Bankruptcy Case Number: 15-45569



12433-NYE-DE-026753274

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 4, 2016</u>, at <u>10:35</u> o'clock <u>PM EST</u>, <u>Joseph D. McBride</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of New York</u>.

Date: <u>January 5, 2016</u>            By: <u>/s/Lisa Susoev</u>

Name: <u>Lisa Susoev</u>

Title: <u>Teacher</u>