# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 03/10/2016 |
| Case: 1−15−45569−nhl | Form ID: 318DF7 | Total: 35 |

**Recipients of Notice of Electronic Filing:**
aty         Julio E Portilla        jp@julioportillalaw.com

                                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Joseph D. McBride       2371 East 16th Street        Brooklyn, NY 11229
tr          David J Doyaga       26 Court Street        Suite 1002        Brooklyn, NY 11242
smg         NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg         NYC Department of Finance        345 Adams Street, 3rd Floor        Attn: Legal Affairs − Devora Cohn        Brooklyn, NY 11201
smg         NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg         Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014
8714653     Chase Card Services        Attn: Correspondence Dept        Po Box 15298        Wilmington, DE 19850
8714654     Citi Corp Credit Services        Citicorp Cred Srvs/ Centralized Bankrupt        Po Box 790040        St Louis, MO 63179
8714655     Citibank        Citicorp Credt Srvs/Centralized Bankrupt        Po Box 790040        Saint Louis, MO 63179
8714656     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714657     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714658     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714659     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714660     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714661     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714662     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714663     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714664     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714665     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714666     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714667     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714668     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714669     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714670     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714671     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714672     Dept Of Ed/Navient        Attn: Claims Dept        Po Box 9400        Wilkes Barr, PA 18773
8714673     John Jay College        445 W 59 St Rm 3400        New York, NY 10019
8714674     Kohls/Capital One        Po Box 3120        Milwaukee, WI 53201
8714675     Navient        Attn: Claims Dept        Po Box 9500        Wilkes−Barr, PA 18773
8714676     Portfolio Recovery        Attn: Bankruptcy        Po Box 41067        Norfolk, VA 23541
8714677     US Dept of Education        Attn: Bankruptcy        Po Box 16448        Saint Paul, MN 55116
8714679     Wells Fargo        Po Box 84712        Sioux Falls, SD 57117
8714678     Wells Fargo        Wells Fargo Bank        Mac X2505−033 Pob 10438        Des Moines, IA 50306
8714680     Yeshiva University        500 West 185th Street        New York, NY 10033

                                                                                                TOTAL: 34