```
                          United States Bankruptcy Court
                           Eastern District of New York

In re:                                                          Case No. 15-45569-nhl
Joseph D. McBride                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-1          User: admin              Page 1 of 2        Date Rcvd: Mar 10, 2016
                              Form ID: 318DF7          Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2016.
db             +Joseph D. McBride,   2371 East 16th Street,   Brooklyn, NY 11229-4435
smg            +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
                 Brooklyn, NY 11201-3719
smg            +NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg            +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
                 Albany, NY 12240-0001
8714654        +Citi Corp Credit Services,   Citicorp Cred Srvs/ Centralized Bankrupt,   Po Box 790040,
                 St Louis, MO 63179-0040
8714655        +Citibank,   Citicorp Credt Srvs/Centralized Bankrupt,   Po Box 790040,
                 Saint Louis, MO 63179-0040
8714656        +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714673        +John Jay College,   445 W 59 St Rm 3400,   New York, NY 10019-1199
8714677        +US Dept of Education,   Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448
8714678         Wells Fargo,   Wells Fargo Bank,   Mac X2505-033 Pob 10438,   Des Moines, IA 50306
8714679        +Wells Fargo,   Po Box 84712,   Sioux Falls, SD 57118-4712
8714680        +Yeshiva University,   500 West 185th Street,   New York, NY 10033-3299

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BDJDOYAGA.COM Mar 10 2016 18:18:00     David J Doyaga,   26 Court Street,   Suite 1002,
                 Brooklyn, NY 11242-1110
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Mar 10 2016 18:18:36
                 Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
8714653        +EDI: CHASE.COM Mar 10 2016 18:18:00     Chase Card Services,   Attn: Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
8714674        +EDI: CBSKOHLS.COM Mar 10 2016 18:18:00     Kohls/Capital One,   Po Box 3120,
                 Milwaukee, WI 53201-3120
8714675        +EDI: NAVIENTFKASMSERV.COM Mar 10 2016 18:18:00     Navient,   Attn: Claims Dept,   Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
8714676         EDI: PRA.COM Mar 10 2016 18:18:00     Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8714657*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714658*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714659*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714660*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714661*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714662*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714663*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714664*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714665*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714666*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714667*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714668*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714669*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714670*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714671*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
8714672*       +Dept Of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
                                                                                   TOTALS: 0, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2016                                Signature:  /s/Joseph Speetjens

```
District/off: 0207-1          User: admin              Page 2 of 2            Date Rcvd: Mar 10, 2016
                              Form ID: 318DF7          Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2016 at the address(es) listed below:
              David J Doyaga    david.doyaga@verizon.net, NY98@ecfcbis.com,
              Julio E Portilla    on behalf of Debtor Joseph D. McBride jp@julioportillalaw.com,
               dskrip@julioportillalaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                        TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Joseph D. McBride** | Social Security number or ITIN **xxx–xx–1125** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | |
| Case number:   **1–15–45569–nhl** | | Chapter:   **7** |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

    Joseph D. McBride

**IT IS FURTHER ORDERED**:

- David J Doyaga (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.
- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: March 10, 2016

s/ Nancy Hershey Lord
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Official Form 318DF7     **Chapter 7 Order of Discharge and Final Decree**     page 1

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**